APRIL 8, 1998

No. 97–1390. REPUBLIC OF PARAGUAY ET AL. *v.* GILMORE, GOVERNOR OF VIRGINIA, ET AL.; and

■■■■■■■■■■■

No. 97–8214.  BREARD *v.* GREENE, WARDEN.  C. A. 4th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States on or before 5 p.m., Monday, April, 13, 1998.